

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| M. GARZA ENTERPRISES, INC. and EVERETT HOLDINGS, LLC, | § | No. 08-24-00376-CV |
| Appellants, | § | Appeal from the |
| v. | § | 131st District Court |
| JULIA PEREZ, | § | of Bexar County, Texas |
| Appellee. | § | (TC#2022CI00753) |
| | § | |

## MEMORANDUM OPINION

This is an appeal from a judgment signed on August 19, 2024. Before the Court is Appellee Julia Perez's agreed motion to dismiss, pursuant to Texas Rule of Appellate Procedure 42.1.[1] The certificate of conference signed by Perez's counsel indicates that counsel for Appellants M. Garza Enterprises, Inc. and Everett Holdings, LLC, agrees with the motion to dismiss. Perez asserts the parties have reached a settlement agreement resolving all of their disputes. Along with the motion, a settlement agreement and release of all claims signed by the parties has been filed with the clerk. In accordance with their agreement, the parties ask the Court to set aside the August 19, 2024

---

[1] This appeal was transferred to this Court from the Fourth Court of Appeals pursuant to a Texas Supreme Court docket equalization order. Accordingly, we apply the Fourth Court of Appeals' precedent to the extent it conflicts with our own. *See* Tex. R. App. P. 41.3.

judgment without regard to the merits, and to remand the proceeding to the trial court for further proceedings in accordance with the agreement.

Rule 42.1(a)(2) of the Texas Rules of Appellate Procedure permits an appellate court to dispose of a civil appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. Tex. R. App. P. 42.1(a)(2). Moreover, courts of appeals may set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. 42.1(a)(2)(B). Finally, courts of appeals are authorized to render a judgment that reverses the trial court's judgment and remands the case to the trial court for rendition of judgment in accordance with the parties' agreement. Tex. R. App. P. 43.2(d), 43.3(a).

We determine the parties have complied with Rule 42.1(a)(2)(B) by filing with the clerk of this Court a confidential settlement agreement signed by Mauro Garza, individually and as representative of Everett Holdings, LLC, and M. Garza Enterprises, Inc. and Julia Perez. Accordingly, the parties' agreed motion is granted. We set aside the judgment of the trial court without regard to the merits, and we remand the case to the trial court for rendition of judgment in accordance with the settlement agreement. Tex. R. App. P. 42.1(a)(2)(B), 43.2(d) and 43.3(a). Costs are taxed against the party incurring the same as stated in the joint motion. Tex. R. App. P. 43.4. We order that this Court's mandate in this case shall issue immediately. *See* Tex. R. App. P. 18.1(c) and 2 (authorizing courts of appeals to suspend a rule's operation for good cause).


GINA M. PALAFOX, Justice

February 12, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.